ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2019 JAN 16  PM 5: 23

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00184 TUC-JGZ (LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Kyle Edwards,<br><br>                    Defendant. | **I N D I C T M E N T**<br><br>Violations:<br><br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>(Distribution of Child Pornography)<br>Count 1<br><br>18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)<br>(Knowing Access with Intent to View Child<br>Pornography)<br>Count 2<br><br>18 USC § 2253<br>Forfeiture Allegation |

VICTIM CASE

THE GRAND JURY CHARGES:

## COUNT ONE

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about April 28, 2016, at or near Tucson, in the District of Arizona, KYLE EDWARDS, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, a visual depiction, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including but not limited to the following files:

1. "girls 0 to 5 having sex with men 1122934963924.jpg";
2. "girls 0 to 5 having sex with men baby girl get lot of cum 7598756.jpg";
3. "girls 0 to 5 having sex with men pic473.jpg";
4. "girls 0 to 5 having sex with men 5girl-ride-daddy";
5. "girls 0 to 5 having sex with men 12";
6. "girls 0 to 5 having sex with men child-cp-3yo";
7. "5yo HELEN fucks daddy PCHT05 pedo(1)";
8. "4yo_anja13";
9. "4yo Sleepy Time = June 10, 2005 010"; and,
10. "4yo_pedohard".

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

## KNOWING ACCESS OF CHILD PORNOGRAPHY

On or about April 28, 2016, at or near Tucson, in the District of Arizona, KYLE EDWARDS, did knowingly access with intent to view material which contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved pre-pubescent minors, and said depictions having been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which were produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, KYLE EDWARDS did use a computer an Acer Laptop Computer, Serial Number NXMEFAA004403008E4700, and the internet, to access and view images of child pornography, including but not limited to, the following files:

1. "girls 0 to 5 having sex with men 1122934963924.jpg";
2. "girls 0 to 5 having sex with men baby girl get lot of cum 7598756.jpg";
3. "girls 0 to 5 having sex with men pic473.jpg";
4. "girls 0 to 5 having sex with men 5girl-ride-daddy";
5. "girls 0 to 5 having sex with men 12";
6. "girls 0 to 5 having sex with men child-cp-3yo";
7. "5yo HELEN fucks daddy PCHT05 pedo(1)";
8. "4yo_anja13";
9. "4yo Sleepy Time = June 10, 2005 010"; and,
10. "4yo_pedohard".

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

///

# FORFEITURE ALLEGATION

Upon conviction of one or more of the child pornography offenses alleged in Counts One through Two of this Indictment, defendant, KYLE EDWARDS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matter which contains any visual depictions, which were produced, transported, mailed, shipped or received; and any and all property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including but not limited to: one (1) Acer Laptop Computer, Serial Number NXMEFAA004403008E4700.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

Dated: January 16, 2019

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Kyle Edwards*
*Indictment Page 3 of 3*