# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00184-001-TUC-JGZ (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Kyle Richard Edwards, | |
| Defendant. | |

Upon Stipulation for Substitution of Counsel (Doc. 10) filed by Defendant, and good cause shown;

IT IS ORDERED FPD Attorney, Elena Kay, is relieved of any further responsibilities in this matter.  Defendant has indicated that he has retained Sean Chapman as counsel to represent him.

Dated this 25th day of February, 2019.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge