# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Kyle Richard Edwards,
DEFENDANTS.

FILED _____ LODGED
RECEIVED _____ COPY

NOV 7 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR 19-00184-TUC-JGZ (LCK)

*WITNESS LIST*

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Magistrate Judge Lynnette C. Kimmins | Cindy Stewart | Courtsmart |
| HEARING DATE(S) October 3, 2019 November 7, 2019 | PLAINTIFF ATTORNEY(S) Adam D. Rossi, AUSA Carmen F. Corbin, AUSA | DEFENDANT ATTORNEY(S) Sean Chapman, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 10/3/19 | 10/3/19 | Homeland Security Investigations (HSI) Special Agent (SA) Jeffery Armstrong | ✓ |
| 2 | | 10/3/19 | 10/3/19 | HSI SA Robert McCarthy | ✓ |
| 3 | | | 11/7/19 | HSI SA Winward Griffin | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |