**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**USA**

PLAINTIFF

v.

**Kyle Edwards**

DEFENDANT

FILED
RECEIVED
LODGED
COPY

NOV 7 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**WITNESS LIST**

CASE NUMBER: CR 19-00184-JGZ-LCK

| PRESIDING JUDGE Lynnette Kimmins | COURTROOM DEPUTY Cindy Stewart | COURT REPORTER Courtsmart |
|---|---|---|
| HEARING/TRIAL DATE(S) 10/3/2019 ← 11/7/19 | PLAINTIFF ATTORNEY(S) Adam Rossi ← Carmen Corbin | DEFENDANT ATTORNEY(S) Sean Chapman |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| | x | 11/7/19 | 11/7/19 | Kyle Edwards | • |
| | X | 10/3/19 | 10/3/19 | Justin Losado | ✓ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |